# EXHIBIT C

Filing # 139940219 E-Filed 12/08/2021 11:04:44 AM

IN THE CIRCUIT COURT IN AND FOR ORANGE COUNTY, FLORIDA

GEICO GENERAL INSURANCE COMPANY
a/s/o DALE M. PAHL,

      Plaintiff,

vs.                                            CASE NO.   2015-CA-5323-O

DIGNA NUNEZ and
CARLOS NUNEZ,

      Defendant.
_____/

## FINAL JUDGMENT

The above captioned matter having come before the Court on the Plaintiff's Affidavit of Non-Payment and the Court, after reviewing the pleadings and being otherwise more fully advised in the premises, it is therefore

ORDERED AND ADJUDGED that Plaintiff, GEICO GENERAL INSURANCE COMPANY as subrogee of DALE M. PAHL, does have and recover of and from Defendants, DIGNA NUNEZ and CARLOS NUNEZ, the sum of $10,056.13 in damages, with said amount to bear interest at the prevailing statutory rate of four point twenty-five (4.25%) per annum, from the date of this

Final Judgment
GEICO a/s/o Pahl v. Nunez and Nunez
Case No: 2015-CA-5323-O
Page 2

judgment through December 31st of this current year, for all of which let execution issue. Thereafter, on January 1st of each succeeding year until the Judgment is paid, the interest rate will adjust in accordance with Section 55.03, Florida Statutes.

DONE AND ORDERED in Chambers at Orlando, Orange County, Florida this 7th day of December, 2021.

_____
JEFFREY L. ASHTON
Circuit Court Judge

Copies furnished to:
Benjamin J. LeFrancois, Esquire
Post Office Box 3
Lakeland, Florida 33802
4070600.1362
Pursuant to F.S. 55.10 the
Holder of this Judgment is:
GEICO Insurance Company
Attn: Florida Claims
Post Office Box 9091
Macon, Georgia 31208
Claim No: ███████████

Digna Nunez
Carlos Nunez
7459 Marseille Circle
Orlando, Florida 32822